UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID RENDER, :
 :
    Plaintiff, :
 : NO. 1:12-CV-0046
  v. :
 :
COREY HALL, et al., :
 :
    Defendants. :

This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 4), to which Plaintiff objects (doc. 9). In her Report and Recommendation, the Magistrate Judge recommends that Plaintiff's complaint be dismissed with prejudice for failure to state a claim.

As required by 29 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has reviewed the comprehensive analysis of the Magistrate Judge and considered <u>de novo</u> all of the filings in this matter. Upon thorough consideration of the foregoing, the Court finds Plaintiff's objections unpersuasive and determines that the Magistrate Judge's Report and Recommendation is thorough, well-reasoned and correct. Consequently, the Court ADOPTS and AFFIRMS it in its entirety. Accordingly, Plaintiff's complaint is DISMISSED WITH PREJUDICE (doc. 1). Further, the Court CERTIFIES that an appeal of this Order would not be taken in good

1

faith and thus DENIES Plaintiff leave to appeal in forma pauperis.

        SO ORDERED.

Dated: June 5, 2012        /s/ S. Arthur Spiegel
                                     S. Arthur Spiegel
                                     United States Senior District Judge